UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. HUMPHREYS,<br><br>    Plaintiff,<br><br>v.<br><br>J. MARTINEZ, et al.,<br><br>    Defendants. | Case No. 20-cv-00357-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  Judgment shall be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/26/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge